IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-14-316 |
| | * | |
| PARAMJIT SINGH AJRAWAT and | * | |
| SUKHVEEN KAUR AJRAWAT | * | |
| | * | |

\*\*\*\*\*\*

## VERDICT FORM

### COUNT ONE

1. How do you find defendant Sukhveen Kaur Ajrawat as to Count One (Health Care Fraud)?

   Guilty __✓__          Not Guilty _____

### COUNT TWO

2. How do you find defendant Paramjit Singh Ajrawat as to Count Two (Health Care Fraud)?

   Guilty __✓__          Not Guilty _____

### COUNT THREE

3. How do you find defendant Sukhveen Kaur Ajrawat as to Count Three (False Statement Relating to Health Care Matter)?

   Guilty __✓__          Not Guilty _____

### COUNT FOUR

4. How do you find defendant Paramjit Singh Ajrawat as to Count Four (False Statement Relating to Health Care Matter)?

   Guilty __✓__          Not Guilty _____

5. How do you find defendant Sukhveen Kaur Ajrawat as to Count Four (False Statement Relating to Health Care Matter)?

   Guilty __✓__                    Not Guilty _____

## COUNT FIVE

6. How do you find defendant Paramjit Singh Ajrawat as to Count Five (False Statement Relating to Health Care Matter)?

   Guilty __✓__                    Not Guilty _____

7. How do you find defendant Sukhveen Kaur Ajrawat as to Count Five (False Statement Relating to Health Care Matter)?

   Guilty __✓__                    Not Guilty _____

## COUNT SIX

8. How do you find defendant Sukhveen Kaur Ajrawat as to Count Six (False Statement Relating to Health Care Matter)?

   Guilty __✓__                    Not Guilty _____

## COUNT SEVEN

If you find the defendant Sukhveen Kaur Ajrawat guilty of Count Six, please answer the following question. If you find the defendant Sukhveen Kaur Ajrawat not guilty of Count Six, please skip question 9.

9. How do you find the defendant Sukhveen Kaur Ajrawat as to Count Seven (Aggravated Identity Theft))?

   Guilty __✓__                    Not Guilty _____

2

## COUNT EIGHT

10. How do you find defendant Paramjit Singh Ajrawat as to Count Eight (Obstruction of Justice)?

    Guilty ✓          Not Guilty _____

11. How do you find defendant Sukhveen Kaur Ajrawat as to Count Eight (Obstruction of Justice)?

    Guilty ✓          Not Guilty _____

## COUNT NINE

12. How do you find defendant Sukhveen Kaur Ajrawat as to Count Nine (Obstructing an Audit)?

    Guilty ✓          Not Guilty _____

## COUNT TEN

13. How do you find defendant Sukhveen Kaur Ajrawat as to Count Ten (Obstructing an Audit)?

    Guilty ✓          Not Guilty _____

## COUNT ELEVEN

14. How do you find defendant Sukhveen Kaur Ajrawat as to Count Eleven (Obstructing an Audit)?

    Guilty ✓          Not Guilty _____

## COUNT TWELVE

15. How do you find defendant Sukhveen Kaur Ajrawat as to Count Twelve (Obstructing an Audit)?

    Guilty ✓          Not Guilty _____

## COUNT THIRTEEN

16. How do you find defendant Paramjit Singh Ajrawat as to Count Thirteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

17. How do you find defendant Sukhveen Kaur Ajrawat as to Count Thirteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

## COUNT FOURTEEN

18. How do you find defendant Paramjit Singh Ajrawat as to Count Fourteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

19. How do you find defendant Sukhveen Kaur Ajrawat as to Count Fourteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

## COUNT FIFTEEN

20. How do you find defendant Paramjit Singh Ajrawat as to Count Fifteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

21. How do you find defendant Sukhveen Kaur Ajrawat as to Count Fifteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

## COUNT SIXTEEN

22. How do you find defendant Paramjit Singh Ajrawat as to Count Sixteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

23. How do you find defendant Sukhveen Kaur Ajrawat as to Count Sixteen (Wire Fraud)?

    Guilty __✓__            Not Guilty _____

4

## COUNT SEVENTEEN

If you find the defendant Paramjit Singh Ajrawat guilty of Count Thirteen and/or Count Fourteen and/or Count Fifteen and/or Count Sixteen, please answer the following question. If you find the defendant Paramjit Singh Ajrawat not guilty of Count Thirteen and Count Fourteen and Count Fifteen and Count Sixteen, please skip question 24.

24. How do you find defendant Paramjit Singh Ajrawat as to Count Seventeen (Aggravated Identity Theft)?

    Guilty __✓__          Not Guilty _____

If you find the defendant Sukhveen Kaur Ajrawat guilty of Count Thirteen and/or Count Fourteen and/or Count Fifteen and/or Count Sixteen, please answer the following question. If you find the defendant Sukhveen Kaur Ajrawat not guilty of Count Thirteen and Count Fourteen and Count Fifteen and Count Sixteen, please skip question 25.

25. How do you find defendant Sukhveen Kaur Ajrawat as to Count Seventeen (Aggravated Identity Theft)?

    Guilty __✓__          Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

__9/4/15__
Date

**SIGNATURE REDACTED**

5